## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Eric P. Fraser, being first duly sworn, do depose and state as follows:

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2008 and have been assigned to the FBI Milwaukee Division since August 2008. Since that time, I have been assigned to the Joint Terrorism Task Force (JTTF) for approximately nine years, the North Central High Intensity Drug Trafficking Area ("HIDTA") for four years, and a couple Violent Crime squads for a few years. I am currently assigned to the FBI Milwaukee Division but on a Temporary Duty Assignment in Memphis, Tennessee working on the Memphis Safe Task Force.

2. As part of my daily duties, I investigate criminal violations relating to violent crimes included but not limited to narcotics trafficking, firearms trafficking, unlawful possession of firearms, crimes against children, and crimes involving criminal street gangs where its primary purposes the commission of one or more specific criminal offenses. I have also investigated crimes related to Title 21, United States Code, Section § 841 and Title 21, United States Code, Section 846 which involve crimes surrounding the illegal distribution of controlled substances, the possession of controlled substances with the intent to distribute them, and conspiracy to distribute controlled substances. I have also received formal training regarding the same.

3. Based on my training and experience and the facts set forth in this Affidavit there is probable cause to believe that **Demarion Lashoun Burton ("BURTON")** has violated Title 18, United States Code, Section 111(a)(1) which makes it unlawful for anyone who forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated as an officer or employee of the United States or of any agency in any branch of the United States Government while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties.

1

4. The facts contained in this affidavit are based on firsthand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause that **BURTON** violated Title 18, United States Code, Section 111(a)(1). Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

### Incident

5. On October 3, 2025, at approximately 8:03 p.m., Tennessee Highway Patrol ("THP") conducted a traffic stop in the vicinity of Ridgeway Road and Sudbury Lane, Memphis, Tennessee ("LOCATION") on a silver sedan without headlights illuminated. The driver delayed coming to a complete stop, and the THP Trooper conducting the traffic stop observed the driver make furtive movements inside the vehicle. Once the vehicle came to a stop, the THP Trooper instructed the driver to exit. Once the driver exited, the THP Trooper conducted a pat down of the driver and felt what he believed to be narcotics near the driver's crotch. When the THP Trooper attempted to handcuff the driver, the driver pulled his hands away, elbowed the THP Trooper in the chest, and fled from the scene on foot. At the time of this incident, the THP Trooper was accompanied by a Special Agent of the Drug Enforcement Administration ("DEA"). The DEA Special Agent gave chase on foot and took the driver into custody after he jumped over a fence on a nearby residential street. After being taken into custody, the driver was identified as BURTON, with a date of birth of December 13, 2004.

6. During this time of this incident, all Law Enforcement Officers were working in their official capacity as Federal Law Enforcement Officers as part of the Memphis Safe Task Force.

### Federal Deputation

2

7.      On October 1, 2025, the THP Trooper was deputized as a Special Deputy United States Marshal.

## Law Enforcement Officer's Uniforms

8.      During this incident, all Law Enforcement Officer's clothing identified them as Law Enforcement. More specifically, the Federal Law Enforcement Officers (THP and DEA) wore equipment and/or clothing that clearly identified them as Law Enforcement.



*Photo of THP Trooper*

3



*Photo of DEA Special Agent*

## Injuries Sustained

9.      During the attempt to take BURTON into custody, the DEA Special Agent sustained an injury to his arm that likely occurred when he jumped over the fence in pursuit of BURTON.



*DEA Special Agent's Injury*

## Western District of Tennessee Jurisdiction

10. The aforementioned incident occurred in the vicinity of Sudbury Lane and Ridgeway Road, Memphis, Tennessee ("LOCATION"). This LOCATION is in the Western District of Tennessee.

## Conclusion

11. Based on my investigations, I believe there is probable cause to believe that Demarion BURTON committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant

Respectfully submitted,



Eric P. Fraser
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on October 6, 2025.

/s/ Charmiane G. Claxton

5:21 PM, Oct 6, 2025

CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSE